# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN S., by and through his parents, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 23-3270 |
| DOWNINGTOWN AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this 10th day of June, 2024, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 17) and Defendant's Motion for Judgment on the Administrative Record (ECF No. 18), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**, and Plaintiffs' Motion **DENIED**, for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**